UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
*ex rel.* CLEARWATER METRICS LLC,

        Plaintiff,

    v.

CONVAID PRODUCTS, LLC,

        Defendant.

FILED UNDER SEAL
Civil Action No. 26-CV-477

---

## ORDER

---

The United States of America declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court orders that:

1. The Complaint, the United States of America's Notice of Election to Decline to Intervene, and this Order shall be unsealed;

2. All other papers or orders on file in this matter shall remain under seal;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this order.

IT IS SO ORDERED.

Dated at Green Bay, Wisconsin this 9th day of June, 2026.

                s/ Byron B. Conway
                BYRON B. CONWAY
                U.S. District Judge